MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

ELISE BECKER (NYBN 2540730)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6878
    Fax: (415) 436-7234
    Elise.Becker@usdoj.gov

Attorneys for United States of America

FILED
2014 JUN 24 P 2:28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ERIC OMURO, <br>   a/k/a Steve Bucher, <br>   a/k/a Craig Armstrong, <br>   a/k/a Ed Cook, <br>   a/k/a "Red," and <br> ANNMARIE LANOCE, <br>   a/k/a Madison Monroe, <br>   a/k/a "Maddie," <br><br> Defendants. | CR 14 336 <br><br> APPLICATION AND [PROPOSED] ORDER TO FILE UNDER SEAL |

    The United States, by and through its counsel Assistant United States Attorney Elise Becker, hereby moves this Court for an order sealing the government's application for a sealing order, the sealing order, the Indictment, the penalty sheets, and the arrest warrants in the above captioned case. Disclosure of the specified documents might jeopardize law enforcement's ability to apprehend the defendants and might also result in the destruction and tampering with evidence. The government

APP. & [PROPOSED] ORDER
TO FILE UNDER SEAL          1

1 | requests that copies of the arrest warrants be provided to law enforcement in order for them to assist in
2 | the defendants' arrests.

4 | DATED: June 24, 2014                    Respectfully submitted,

MELINDA HAAG
United States Attorney

_(signature)_
ELISE BECKER
Assistant U.S. Attorney

## [PROPOSED] ORDER

Upon motion of the United States and good cause having been shown, IT IS HEREBY ORDERED that the government's application for a sealing order, the sealing order, the Indictment, the penalty sheets, and the arrest warrants issued in the above captioned case shall be filed under seal until further order of the Court. The Clerk of the Court is directed to provide copies of the arrest warrants to law enforcement in order for them to assist in the defendants' arrests.

IT IS SO ORDERED.

DATED: June 24, 2014

_(signature)_
HON. NATHANAEL M. COUSINS
United States Magistrate Judge

APP. & [PROPOSED] ORDER
TO FILE UNDER SEAL                            2