Nanci L. Clarence (SBN 122286)
Josh A. Cohen (SBN 217853)
CLARENCE DYER & COHEN LLP
899 Ellis Street
San Francisco, CA 94109
Tel: (415) 749-1800
Fax: (415) 749-1694
nclarence@clarencedyer.com
jcohen@clarencedyer.com

Attorneys for Defendant ERIC OMURO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | CASE NO. CR-14-0336 WHO (NC) |
|---|---|
| Plaintiff, | **NOTICE OF ATTORNEY APPEARANCE** |
| v. | |
| ERIC OMURO, | |
| Defendant. | |

Undersigned counsel, Nanci L. Clarence, enters her general appearance as counsel for defendant Eric Omuro. Counsel's contact information is listed above.

DATED: July 2, 2014

_____
NANCI CLARENCE
JOSH COHEN
Attorneys for ERIC OMURO