UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** July 11, 2014          **Time:** 2 minutes          **Judge:** WILLIAM H. ORRICK
                                 1:42 p.m. to 1:44 p.m.

**Case No.**: 14-cr-00336-WHO          **Case Name:** UNITED STATES v. Omuro, Lanoce

**Attorney for Plaintiff:**     Elise Becker
**Attorneys for Defendant:**    Nanci Clarence, John Weston for Eric Omuro - present, on bond
                                Geoffrey Hansen, Brandon LeBlanc for Annmarie Lanoce - present, on bond

**Deputy Clerk:** Jean Davis                    **Court Reporter:** Kelly Polvi
**Interpreter:** n/a                            **Probation Officer:** n/a

**PROCEEDINGS**

Parties appear for initial status conference. Due to the large volume of discovery material, counsel request that the matter be continued for two months and stipulate to exclusion of time.

**CASE CONTINUED TO:** September 25, 2014 at 1:30 p.m. for Status Conference.

--------------------------------------------------------------------------------------------------------------------
**EXCLUDABLE DELAY:**
Category     Effective preparation of counsel
Begins       July 10, 2014
Ends         September 25, 2014
--------------------------------------------------------------------------------------------------------------------