MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

ELISE BECKER (NYBN 2540730)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6878
    FAX: (415) 436-7234
    Elise.Becker@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 14-00336 WHO |
|     Plaintiff, | [PROPOSED] ORDER EXCLUDING TIME FROM JULY 10, 2014, TO SEPTEMBER 25, 2014 |
|   v. | |
| ERIC OMURO,<br>  a/k/a Steve Bucher,<br>  a/k/a Craig Armstrong,<br>  a/k/a Ed Cook,<br>  a/k/a "Red," and<br>ANNMARIE LANOCE,<br>  a/k/a Madison Monroe,<br>  a/k/a "Maddie," | |
|     Defendants. | |

The defendants, ERIC OMURO, represented by Nanci Clarence and John Weston, Esquires, Annmarie Lanoce, represented by Geoffrey Hansen and Brandon LeBlanc, and the government, represented by Elise Becker, Assistant United States Attorney, appeared before the Court on July 10, 2014, for an initial appearance before this Court. The parties represented that they had discussed the production and review of discovery in the case. The parties requested a continuance of the matter to

ORDER EXLUDING TIME
Case No. CR 14-00336 WHO

September 25, 2014.

The matter was continued to September 25, 2014, at 1:30 p.m. for a status hearing. Counsel for all parties requested that time be excluded under the Speedy Trial Act between July 10, 2014, and September 25, 2014, for effective preparation of counsel to produce, receive, and review discovery in the case.

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between July 10, 2014, and September 25, 2014, would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between July 10, 2014, and September 25, 2014, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time between July 10, 2014, and September 25, 2014, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: _____

_____
WILLIAM H. ORRICK
United States District Judge