1  John H. Weston
2  WESTON, GARROU & MOONEY
   12121 Wilshire Boulevard, Suite 525
3  Los Angeles, CA 90025
   Tel: (310) 442-0072
4  Fax: (310) 442-0899
   JohnHWeston@wgdlaw.com
5

6  Nanci L. Clarence (SBN 122286)
   Josh A. Cohen (SBN 217853)
7  CLARENCE DYER & COHEN LLP
   899 Ellis Street
8  San Francisco, CA 94109
   Tel: (415) 749-1800
9  Fax: (415) 749-1694
   nclarence@clarencedyer.com
10 jcohen@clarencedyer.com

11
   Attorneys for Defendant ERIC OMURO
12

13
                    UNITED STATES DISTRICT COURT
14
                  NORTHERN DISTRICT OF CALIFORNIA
15
                      SAN FRANCISCO DIVISION
16

17 | UNITED STATES OF AMERICA,                  CASE NO. CR-14-0336 WHO (NC)

18 |        Plaintiff,                           **STIPULATION AND [PROPOSED]
   |                                             ORDER MODIFYING CONDITIONS OF
19 |    v.                                       RELEASE**

20 | ERIC OMURO,

21 |        Defendant.

22

23                          **STIPULATION**

24        Defendant Eric Omuro is presently free on bond under conditions of release imposed by

25 the Court.  One of those conditions is that Mr. Omuro shall be subject to electronic or voice track

26 monitoring, and may leave home for the purpose of "court, attorney visits, and medical only."

27

28
                                                        Case No. CR-14-0336 WHO
                                       STIPULATION MODIFYING CONDITIONS OF RELEASE

1   Pursuant to this condition, Mr. Omuro is presently on electronic monitoring under the supervision

2   of United States Pretrial Services in San Jose.

3         Mr. Omuro respectfully seeks permission to leave his residence in order to move his

4   personal effects and belongings from his apartment at 550 Moreland Way in Santa Clara to his

5   residence at 226 Houghton Street in Mountain View.  Although Mr. Omuro's Pretrial Services

6   officer does not object to Mr. Omuro's release for this purpose, the officer has advised

7   undersigned counsel that Pretrial Services does not currently have the authority to approve release

8   for this purpose.  Accordingly, the officer has suggested that the bond be modified to permit Mr.

9   Omuro to leave his residence with prior approval of Pretrial Services in order to relocate his

10  belongings from 550 Moreland Way in Santa Clara to 226 Houghton Street in Mountain View.

11        Mr. Omuro also seeks permission to leave home for a haircut appointment in Palo Alto.

12        The government does not object to Mr. Omuro's release for these purposes, as directed by

13  Pretrial Services.  Accordingly, the parties agree and stipulate that Mr. Omuro's conditions of

14  release should be modified to permit him to leave his residence with prior approval of Pretrial

15  Services in order to relocate his belongings from 550 Moreland Way in Santa Clara to 226

16  Houghton Street in Mountain View, and for a haircut appointment in Palo Alto.

17        IT IS SO STIPULATED.

18

19  DATED:  July 11, 2014          */s/ Nanci Clarence*

                                      NANCI CLARENCE

20                                        JOSH COHEN

                                      Attorneys for ERIC OMURO

21

22

23  DATED:  July 11, 2014

24                                 */s/ Elise Becker*

                                      ELISE BECKER

25                                        Assistant United States Attorney

26

27

28

1

**ORDER**

2        By stipulation of the parties, and for good cause shown, defendant Eric Omuro's

3   conditions of release are modified as follows: Defendant shall be permitted to leave his residence

4   with prior approval of Pretrial Services in order to relocate his belongings from 550 Moreland

5   Way, Santa Clara, CA to 226 Houghton Street, Mountain View, CA., and for a haircut

6   appointment in Palo Alto, CA.

7        All other conditions of release shall remain in effect.

8        IT IS SO ORDERED.

9   DATED: _____July 14_____, 2014

10                                          NATHANAEL COUSINS
                                            UNITED STAT

11



12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION MODIFYING CONDITIONS OF RELEASE