John H. Weston
WESTON, GARROU & MOONEY
12121 Wilshire Boulevard, Suite 525
Los Angeles, CA 90025
Tel: (310) 442-0072
Fax: (310) 442-0899
JohnHWeston@wgdlaw.com

Nanci L. Clarence (SBN 122286)
Josh A. Cohen (SBN 217853)
CLARENCE DYER & COHEN LLP
899 Ellis Street
San Francisco, CA 94109
Tel: (415) 749-1800
Fax: (415) 749-1694
nclarence@clarencedyer.com
jcohen@clarencedyer.com

Attorneys for Defendant ERIC OMURO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ERIC OMURO,<br><br>　　　　Defendant. | CASE NO. CR-14-0336 WHO (NC)<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER CONTINUING BOND HEARING**<br>**FROM JULY 16 TO JULY 23, 2014** |

## **STIPULATION**

Defendant Eric Omuro is presently free on a $500,000 bond. Pursuant to court order, $250,000 of the bond amount is to be secured by Mr. Omuro's residence. With the consent of the parties, the Court set July 16, 2014 as the deadline to complete the process of posting the residence

as security for the bond, and set a bond hearing on July 16, 2014 to ensure the process was completed by that date.

Mr. Omuro seeks an additional week to obtain a title report and lodge the necessary documents with the clerk of the court. The government does not object to an extension of the deadline by one week. Accordingly, the parties agree and stipulate that Mr. Omuro should have until July 23, 2014 to complete the process of posting the property to secure his release bond, and to a one-week continuance of the bond hearing to July 23, 2014.

IT IS SO STIPULATED.

DATED: July 14, 2014

*/s/ Nanci Clarence*
NANCI CLARENCE
JOSH COHEN
Attorneys for ERIC OMURO

DATED: July 14, 2014

*/s/ Elise Becker*
ELISE BECKER
Assistant United States Attorney

**ORDER**

By stipulation of the parties, and for good cause shown, the bond hearing presently scheduled for July 16, 2014 is hereby continued to July 23, 2014 at 9:30 a.m. Defendant Eric Omuro shall post property sufficient to secure his release bond in advance of that hearing, or show cause why such posting has not occurred.

IT IS SO ORDERED.

DATED: _____July 15_____, 2014

_____
NATHANAEL COUSINS
UNITED STATES MAGISTRATE JUDGE

GRANTED
Judge Nathanael M. Cousins