John H. Weston (SBN: 46146)
johnhweston@wgdlaw.com
G. Randall Garrou (SBN: 74442)
randygarrou@wgdlaw.com
Jerome H. Mooney (SBN 199542)
jerrym@mooneylaw.com
Weston, Garrou & Mooney
12121 Wilshire Boulevard, Suite 525
Los Angeles, CA 90025-1176
Telephone: (310) 442-0072
Facsimile: (310) 442-0899

Attorney for Defendant Eric Omuro

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR 14-00336 WHO |
| Plaintiff, | ) |
| vs. | ) **NOTICE OF APPEARANCE OF COUNSEL** |
| ERIC OMURO,<br>    a/k/a Steve Bucher,<br>    a/k/a Craig Armstrong,<br>    a/k/a Ed Cook,<br>    a/k/a "Red," and<br><br>ANNMARIE LANOCE,<br>    a/k/a Madison Monroe,<br>    a/k/a "Maddie,"<br><br>        Defendants, | ) |

Notice is hereby given of the entry of the undersigned as counsel for defendant Eric Omuro in the above-entitled action.

Dated: July 14, 2014

WESTON, GARROU & MOONEY

By:   /s/
JOHN H. WESTON
Attorney for Defendant Eric Omuro

**NOTICE OF APPEARANCE**