John H. Weston
WESTON, GARROU & MOONEY
12121 Wilshire Boulevard, Suite 525
Los Angeles, CA 90025
Tel: (310) 442-0072
Fax: (310) 442-0899
JohnHWeston@wgdlaw.com

Nanci L. Clarence (SBN 122286)
Josh A. Cohen (SBN 217853)
CLARENCE DYER & COHEN LLP
899 Ellis Street
San Francisco, CA 94109
Tel: (415) 749-1800
Fax: (415) 749-1694
nclarence@clarencedyer.com
jcohen@clarencedyer.com

Attorneys for Defendant ERIC OMURO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ERIC OMURO,<br><br>    Defendant. | CASE NO. CR-14-0336 WHO (NC)<br><br>**STIPULATION AND [PROPOSED] ORDER VACATING BOND HEARING ON JULY 23, 2014** |

## **STIPULATION**

Defendant Eric Omuro is presently free on a $500,000 bond. Pursuant to court order, $250,000 of the bond amount must be secured by Mr. Omuro's residence. The Court set July 23, 2014 as the deadline to complete the process of posting the residence at 226 Houghton Street as

security for the bond, and set a bond hearing on July 23, 2014 to ensure the process was completed by that date.

Mr. Omuro has now completed the process of posting the residence as security for his release and has lodged the appropriate documentation with the Clerk of the Court. Accordingly, the parties agree and stipulate that the bond hearing presently scheduled for July 23, 2014 should be vacated.

IT IS SO STIPULATED.

DATED: July 21, 2014

*/s/ Nanci Clarence*
NANCI CLARENCE
JOSH COHEN
Attorneys for ERIC OMURO

DATED: July 21, 2014

*/s/ Susan Badger*
SUSAN BADGER
Assistant United States Attorney

## **ORDER**

By stipulation of the parties, and for good cause shown, the bond hearing presently scheduled for July 23, 2014 is hereby VACATED.

IT IS SO ORDERED.

DATED: _____, 2014

NATHANAEL COUSINS
UNITED STATES MAGISTRATE JUDGE