John H. Weston
WESTON, GARROU & MOONEY
12121 Wilshire Boulevard, Suite 525
Los Angeles, CA 90025
Tel: (310) 442-0072
Fax: (310) 442-0899
JohnHWeston@wgdlaw.com

Nanci L. Clarence (SBN 122286)
Josh A. Cohen (SBN 217853)
CLARENCE DYER & COHEN LLP
899 Ellis Street
San Francisco, CA 94109
Tel: (415) 749-1800
Fax: (415) 749-1694
nclarence@clarencedyer.com
jcohen@clarencedyer.com

Attorneys for Defendant ERIC OMURO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ERIC OMURO,<br><br>    Defendant. | CASE NO. CR-14-0336 WHO (NC)<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING CONDITIONS OF RELEASE** |

### **STIPULATION**

Defendant Eric Omuro is presently free on bond under conditions of release imposed by the Court. One of those conditions is that Mr. Omuro shall be subject to electronic or voice track monitoring, and may leave home for the purpose of "court, attorney visits, and medical only."

1   Pursuant to this condition, Mr. Omuro is presently on electronic monitoring under the supervision
2   of United States Pretrial Services in San Jose.
3       Mr. Omuro respectfully seeks a modification of the terms of electronic monitoring so that
4   he would be permitted to leave his residence at 226 Houghton Street in Mountain View, California
5   without prior permission of Pretrial Services between the hours of 9:00 am until 9:00 pm.
6       The government does not object to the proposed modifications to Mr. Omuro's release for
7   these purposes, and Pretrial Services concurs in the request. Accordingly, the parties agree and
8   stipulate that Mr. Omuro's conditions of release should be modified to permit him to leave his
9   residence without prior approval of Pretrial Services between the hours of 9:00 am and 9:00 pm.
10      IT IS SO STIPULATED.

DATED: July 14, 2014            /s/ Nanci Clarence
                                NANCI CLARENCE
                                JOSH COHEN
                                Attorneys for ERIC OMURO

DATED: July 14, 2014            /s/ Elise Becker
                                ELISE BECKER
                                Assistant United States Attorney

**ORDER**

By stipulation of the parties, and for good cause shown, defendant Eric Omuro's conditions of release are modified as follows: Defendant shall be permitted to leave his residence without prior approval of Pretrial Services between the hours of 9:00 am to 9:00 pm.

All other conditions of release shall remain in effect.

IT IS SO ORDERED.

DATED:   August 15  , 2014      _____
                                NATHANAEL COUSINS
                                UNITED STATES MAGISTRATE JUDGE

*[GRANTED stamp — Judge Nathanael M. Cousins]*