UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** September 25, 2014  **Time:** 6 minutes  **Judge:** WILLIAM H. ORRICK
1:49 p.m. to 1:55 p.m.

**Case No.**: 14-cr-00336-WHO  **Case Name:** UNITED STATES v. Omuro, et al

**Attorney for Plaintiff:**  Elise Becker
**Attorney for Defendant:**  Nanci Clarence for defendant Eric Omuro
Geoffrey Hansen for defendant Annmarie Lanoce
*Defendants present, on bond*

**Deputy Clerk:** Jean Davis  **Court Reporter:** FTR Recording
**Interpreter:** n/a  **Probation Officer:** n/a

## PROCEEDINGS

Parties appear for status conference and agree to continue the matter, with time excluded.

**CASE CONTINUED TO:** October 16, 2014 for Change of Plea Hearing as to Lanoce

**CASE CONTINUED TO:** November 6, 2014 for Status Conference as to Omuro

--------------------------------------------------------------------------------------------------------------------
**EXCLUDABLE DELAY:**
Category     Effective preparation of counsel
Begins       09/25/2014
Ends         10/16/2014 as to Lanoce, 11/6/2014 as to Omuro
--------------------------------------------------------------------------------------------------------------------