MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

ELISE BECKER (NYBN 2540730)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6878
    FAX: (415) 436-7234
    Elise.Becker@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR 14-00336 WHO |
| Plaintiff, | ) |
| | ) ORDER EXCLUDING TIME FROM SEPTEMBER |
| v. | ) 25, 2014, TO NOVEMBER 6, 2014 |
| ERIC OMURO,<br>  a/k/a Steve Bucher,<br>  a/k/a Craig Armstrong,<br>  a/k/a Ed Cook,<br>  a/k/a "Red," and<br>ANNMARIE LANOCE,<br>  a/k/a Madison Monroe,<br>  a/k/a "Maddie," | ) |
| Defendants. | ) |

The defendants, ERIC OMURO, represented by Nanci Clarence, Annmarie Lanoce, represented by Geoffrey Hansen, and the government, represented by Elise Becker, appeared before the Court on September 25, 2014, for a status hearing. The parties informed the Court of the ongoing production and review of discovery in the case. The parties requested continuances of the matter to October 16, 2014, for defendant Lanoce and November 6, 2014, for defendant Omuro.

ORDER EXLUDING TIME
Case No. CR 14-00336 WHO

The matter was continued to October 16, 2014, at 1:30 p.m. for defendant Lanoce and November 6, 2014, at 1:30 p.m. for defendant Omuro.  Counsel for all parties requested that time be excluded under the Speedy Trial Act between September 25, 2014, and the next court dates for each defendant for effective preparation of counsel to produce, receive, and review discovery in the case.

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between September 25, 2014, and November 6, 2014, would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time between September 25, 2014, and November 6, 2014, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial.  Therefore, IT IS HEREBY ORDERED that the time between September 25, 2014, and November 6, 2014, shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: _September 26, 2014_____

WILLIAM H. ORRICK
United States District Judge

ORDER EXLUDING TIME
Case No. CR 14-00336 WHO