**PROPOSED ORDER/COVER SHEET**

| | | | |
|---|---|---|---|
| **TO:** | Honorable Nathanael M. Cousins<br>U.S. Magistrate Judge | **RE:** | Eric OMURO |
| **FROM:** | Roy Saenz, Chief<br>U.S. Pretrial Services Officer | **Docket No.:** | CR14-0336 WHO |

**Date:** 10/10/14

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Anthony R. Granados, Specialist                                    (408) 535-5223

U.S. Pretrial Services Officer                                           **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[X]   I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[ ]   Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

[ ]   Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding  District Court Judge _____

[ ]   I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ]   Modification(s)

**A.**

[ ]   Bail Revoked/Bench Warrant Issued.

[ ]   I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

[ ]   Other Instructions:

_____

_____

/s/ *[signature]*                                                                October 14, 2014
**JUDICIAL OFFICER**                                                     **DATE**