1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  ELISE BECKER (NYBN 2540730)
   Assistant United States Attorney
5
         450 Golden Gate Avenue, Box 36055
6        San Francisco, California 94102-3495
         Telephone: (415) 436-6878
7        FAX: (415) 436-7234
         Elise.Becker@usdoj.gov
8
   Attorneys for United States of America
9

10                        UNITED STATES DISTRICT COURT

11                       NORTHERN DISTRICT OF CALIFORNIA

12                             SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,         )   NO. CR 14-00336 WHO
14                                   )
        Plaintiff,                   )   [PROPOSED] ORDER RESCHEDULING
15                                   )   HEARING DATE FROM DECEMBER 4, 2014, TO
     v.                              )   DECEMBER 11, 2014
16                                   )
   ERIC OMURO,                       )
17   a/k/a Steve Bucher,             )
     a/k/a Craig Armstrong,          )
18   a/k/a Ed Cook,                  )
     a/k/a "Red,"                    )
19                                   )
        Defendant.                   )
20                                   )
                                     )
21                                   )
                                     )
22

23      The defendant, ERIC OMURO, represented by Nanci Clarence and John Weston, and the

24 government, represented by Elise Becker, respectfully request that the status hearing and possible

25 change of plea date previously scheduled for December 4, 2014, be continued to December 11, 2014, at

26 1:30 p.m.  The parties need additional time to review and discuss discovery in the case and to prepare

27 effectively.

28

   RESCHEDULING ORDER
   Case No. CR 14-00336 WHO

1  Based upon the representation of counsel and for good cause shown, the Court finds that failing
2  to exclude the time between December 4, 2014, and December 11, 2014, would unreasonably deny
3  counsel the reasonable time necessary for effective preparation, taking into account the exercise of due
4  diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by
5  excluding the time between December 4, 2014, and December 11, 2014, from computation under the
6  Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore,
7  IT IS HEREBY ORDERED that the time between December 4, 2014, and December 11, 2014, shall be
8  excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

10  DATED: December 1, 2014              Respectfully submitted,

11                                       MELINDA HAAG
                                         United States Attorney
12
                                                    /s/
13                                       Elise Becker
                                         Assistant United States Attorney

16  SO ORDERED.

18  DATED: _____          _____
                                        WILLIAM H. ORRICK
19                                      United States District Judge

RESCHEDULING ORDER
Case No. CR 14-00336 WHO