MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

ELISE BECKER (NYBN 2540730)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6878
    FAX: (415) 436-7234
    Elise.Becker@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 14-00336 WHO |
|     Plaintiff, | ORDER RESCHEDULING HEARING DATE FROM DECEMBER 4, 2014, TO DECEMBER 11, 2014 |
|   v. | |
| ERIC OMURO,<br>   a/k/a Steve Bucher,<br>   a/k/a Craig Armstrong,<br>   a/k/a Ed Cook,<br>   a/k/a "Red,"<br>    Defendant. | |

The defendant, ERIC OMURO, represented by Nanci Clarence and John Weston, and the government, represented by Elise Becker, respectfully request that the status hearing and possible change of plea date previously scheduled for December 4, 2014, be continued to December 11, 2014, at 1:30 p.m. The parties need additional time to review and discuss discovery in the case and to prepare effectively.

RESCHEDULING ORDER
Case No. CR 14-00336 WHO

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between December 4, 2014, and December 11, 2014, would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between December 4, 2014, and December 11, 2014, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time between December 4, 2014, and December 11, 2014, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: December 1, 2014

Respectfully submitted,

MELINDA HAAG
United States Attorney

            /s/
Elise Becker
Assistant United States Attorney

SO ORDERED.

DATED:  December 1, 2014

WILLIAM H. ORRICK
United States District Judge

RESCHEDULING ORDER
Case No. CR 14-00336 WHO