UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** December 11, 2014     **Time:** 18 minutes     **Judge:** WILLIAM H. ORRICK
11:15 a.m. to 11:33 a.m.

**Case No.**: 14-cr-00336-WHO-1     **Case Name:** UNITED STATES v. Omuro

**Attorney for Plaintiff:**     Elise Becker
**Attorney for Defendant:**     Nancy Clarence
                      Defendant Eric Omuro - present, on bond

**Deputy Clerk:** Jean Davis     **Court Reporter:** Joanne Farrell
**Interpreter:** n/a     **Probation Officer:** n/a

### PROCEEDINGS

Parties appear for change of plea hearing.  Written plea agreement filed in open court. Defendant is sworn and queried as to his physical and mental condition, background, and understanding of the proceedings. Defendant advised of the consequence of entry of a guilty plea, the elements of the charges, and the rights forfeited by entry of a guilty plea.  The government provides a brief statement of the facts it would be prepared to prove in any trial of the matter.  Defendant queried as to his understanding and awareness of the forfeiture provision of the plea agreement.

Defendant pleads guilty to **Count One** of the **Indictment**, the government to move for dismissal of the remaining counts at the time of sentencing.  Court accepts the plea as voluntary and knowing and adjudicates the defendant guilty as to Count One of the Indictment.

The matter is referred to the U.S. Probation Office for preparation of Presentence Report.

**CASE CONTINUED TO: March 26, 2015 at 1:30 p.m. for Sentencing.**