John H. Weston
WESTON, GARROU & MOONEY
12121 Wilshire Boulevard, Suite 525
Los Angeles, CA 90025
Tel: (310) 442-0072
Fax: (310) 442-0899
JohnHWeston@wgdlaw.com

Nanci L. Clarence (SBN 122286)
Josh A. Cohen (SBN 217853)
CLARENCE DYER & COHEN LLP
899 Ellis Street
San Francisco, CA 94109
Tel: (415) 749-1800
Fax: (415) 749-1694
nclarence@clarencedyer.com
jcohen@clarencedyer.com

Attorneys for Defendant ERIC OMURO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-14-0336 WHO (NC) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING FROM MARCH 26, 2015 TO ARPIL 23, 2015** |
| v. | |
| ERIC OMURO, | |
| Defendant. | |

### **STIPULATION**

Having entered a guilty plea to one count of violating the Travel Act, 18 U.S.C. § 1952, defendant Eric Omuro is scheduled to be sentenced by this Court on March 26, 2015. Counsel for Mr. Omuro seek a short continuance of the sentencing date to April 23, 2015 to prepare their sentencing presentation and address issues surfaced during the presentence investigation. The

government does not object to the requested continuance, and the probation officer has indicated she is available on the new proposed date.

Mr. Omuro is free on bond and has complied with the conditions of his release. There are no Speedy Trial Act implications to the requested continuance.

Accordingly, the parties agree and stipulate that Mr. Omuro's sentencing should be continued to April 23, 2015 at 1:30 p.m.

IT IS SO STIPULATED.

DATED: March 17, 2015

*/s/ Nanci Clarence*
NANCI CLARENCE
Attorney for ERIC OMURO

DATED: March 17, 2015

*/s/ Elise Becker*
ELISE BECKER
Assistant United States Attorney

## **ORDER**

By stipulation of the parties, and for good cause shown, the sentencing hearing for defendant Eric Omuro presently scheduled for March 26, 2015 is hereby continued to April 23, 2015 at 1:30 p.m.

IT IS SO ORDERED.

DATED: _____, 2015

WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE