John H. Weston
WESTON, GARROU & MOONEY
12121 Wilshire Boulevard, Suite 525
Los Angeles, CA 90025
Tel: (310) 442-0072
Fax: (310) 442-0899
JohnHWeston@wgdlaw.com

Nanci L. Clarence (SBN 122286)
Josh A. Cohen (SBN 217853)
CLARENCE DYER & COHEN LLP
899 Ellis Street
San Francisco, CA 94109
Tel: (415) 749-1800
Fax: (415) 749-1694
nclarence@clarencedyer.com
jcohen@clarencedyer.com

Attorneys for Defendant ERIC OMURO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ERIC OMURO,<br><br>　　　　Defendant. | CASE NO. CR-14-0336 WHO (NC)<br><br>**STIPULATION AND ORDER CONTINUING SENTENCING HEARING FROM MARCH 26, 2015 TO ARPIL 23, 2015** |

### **STIPULATION**

Having entered a guilty plea to one count of violating the Travel Act, 18 U.S.C. § 1952, defendant Eric Omuro is scheduled to be sentenced by this Court on March 26, 2015. Counsel for Mr. Omuro seek a short continuance of the sentencing date to April 23, 2015 to prepare their sentencing presentation and address issues surfaced during the presentence investigation. The

1  government does not object to the requested continuance, and the probation officer has indicated
2  she is available on the new proposed date.
3       Mr. Omuro is free on bond and has complied with the conditions of his release.  There are
4  no Speedy Trial Act implications to the requested continuance.
5       Accordingly, the parties agree and stipulate that Mr. Omuro's sentencing should be
6  continued to April 23, 2015 at 1:30 p.m.
7       IT IS SO STIPULATED.

DATED:  March 17, 2015      */s/ Nanci Clarence*
                            NANCI CLARENCE
                            Attorney for ERIC OMURO

DATED:  March 17, 2015      */s/ Elise Becker*
                            ELISE BECKER
                            Assistant United States Attorney

## **ORDER**

By stipulation of the parties, and for good cause shown, the sentencing hearing for defendant Eric Omuro presently scheduled for March 26, 2015 is hereby continued to April 23, 2015 at 1:30 p.m.

IT IS SO ORDERED.

DATED:  __March 20__, 2015     _____
                               WILLIAM H. ORRICK
                               UNITED STATES DISTRICT JUDGE