MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

ELISE BECKER (NYBN 2540730)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6878
    FAX: (415) 436-7234
    Elise.Becker@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 14-00336 WHO |
|     Plaintiff, | ORDER RESCHEDULING SENTENCING DATE FROM APRIL 23, 2015, TO MAY 21, 2015 |
| v. | |
| ERIC OMURO,<br>  a/k/a Steve Bucher,<br>  a/k/a Craig Armstrong,<br>  a/k/a Ed Cook,<br>  a/k/a "Red,"<br>    Defendant. | |

The defendant, ERIC OMURO, represented by Nanci Clarence and John Weston, and the government, represented by Elise Becker, respectfully request that the sentencing hearing currently scheduled for April 23, 2015, be continued to May 21, 2015, at 1:30 p.m. The parties need additional time to review and discuss issues relating to sentencing in this case. The Unites States Probation Officer is available on that date. The parties further agree that there are no Speedy Trial implications to

RESCHEDULING ORDER
Case No. CR 14-00336 WHO

1  this request since defendant entered a guilty plea on December 11, 2014.

2

3  DATED: April 17, 2015                    Respectfully submitted,

4                                           MELINDA HAAG
                                            United States Attorney
5

6
                                                   /s/
7                                           Elise Becker
                                            Assistant United States Attorney
8

9

10 SO ORDERED.

11

12 DATED: _April 17, 2015_____

13                                          WILLIAM H. ORRICK
                                            United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

RESCHEDULING ORDER
Case No. CR 14-00336 WHO