MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

PATRICIA J. KENNEY (CABN 130238)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6857
    FAX: (415) 436-7234
    Email:  patricia.kenney@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 14-0336 WHO |
| Plaintiff, | **PRELIMINARY ORDER OF FORFEITURE** |
| v. | |
| ERIC OMURO, | |
| Defendant. | |

Having considered the application for a preliminary order of forfeiture filed by the United States and the plea agreement entered on December 11, 2014, wherein the defendant admitted to the forfeiture allegation, and good cause appearing,

IT IS HEREBY ORDERED that the following property is forfeited to the United States:

a. 2011 BMW, California License Plate 660G463, VIN WBSPM9C55B698912, with the Registered Owner listed as ERIC OMURO;

b. 2012 Mini Cooper, California License Plate WWZ806, VIN WMWZC352CWL84479 with the registered owner listed as Nadja Villegas;

c. Approximately $436,097.46 seized from Bank of America, N.A., business money market account #05208-01953 in the name of Armstrong Computer Services, Inc. plus accrued interest;

    d.   Approximately $462,165.64 seized from Bank of America, N.A., business advantage checking account #01445-25921 in held in the name of Armstrong Computer Services, Inc. plus accrued interest;

    e.   Approximately $16,735.20 seized from First Tech Credit Union carefree checking account #273664904 held in the name of Eric Omuro, plus accrued interest;

    f.   Approximately $15,232.66 seized from First Tech Credit Union carefree savings account #27366480 held in the name of Eric Omuro, plus accrued interest;

    g.   Approximately $82,956.41 seized from Ally Bank online savings account #2113417329 held in the name of Eric Omuro, plus accrued interest;

    h.   Approximately $16,148.22 seized from Ally Bank online savings account #2114192780 in the name of Eric Omuro and Kerilyn Omuro, plus accrued interest;

    i.   Approximately $14,430.14 seized from Ally Bank online savings account #1023724931 held in the name of Eric Omuro, plus accrued interest;

    j.   Approximately $25,418.52 seized from JP Morgan Chase account #3151506555 held in the name of Eric Omuro, plus accrued interest;

    k.   Approximately $50,243.54 seized from JP Morgan Chase account #2900278010 held in the name of Armstrong Computer Services, Inc., plus accrued interest;

    l.   Approximately $66,305.73 seized from JP Morgan Chase account #100727950 held in the name of Armstrong Computer Services, Inc., plus accrued interest; and

    m.   Approximately $99,790.55 seized from the IRA E-Trade account #65491813 held in the name of Eric Omuro, plus accrued interest; (herein after "subject property"

pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461 and the procedures outlined in the Rule 32.2 of the Federal Rules and Criminal Procedure.

    IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall seize the forfeited property forthwith and publish on www.forfeiture.gov, a government website for at least thirty days, notice of this Order, notice of the government's intent to dispose of the property in such manner as the Attorney General may direct and provide notice that any person, other than the defendant, having or claiming a legal interest in the property, must file a petition with the Court and serve a copy on government counsel with (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

///

Preliminary Order of Forfeiture
CR 14-0336 WHO                     2

IT IS FURTHER ORDERED that, the government may conduct discovery in order to identify, locate or dispose of property subject to forfeiture in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure; and

IT IS FURTHER ORDERED that the Court to retain jurisdiction to enforce the Preliminary Order of Forfeiture, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

IT IS FURTHER ORDERED that, pursuant to Rule 32.2(b)(3) of the Federal Criminal Rules of Procedure, this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

IT IS SO ORDERED this  30th   day of April, 2015.

_____
HON. WILLIAM H. ORRICK
United States District Judge

Preliminary Order of Forfeiture
CR 14-0336 WHO                                    3